IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02179-BNB

JAMES BRADLEY REMINGTON,

Plaintiff,

v.

B.O.P. MEDICAL STAFF, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 1 2010

GREGORY C. LANGHAM
CLERK

ORDER

Plaintiff, James Bradley Remington, is a prisoner in the custody of the United States Bureau of Prisons at a federal prison in Lewisburg, Pennsylvania. Mr. Remington initiated this action by filing *pro se* in the United States District Court for the Western District of Louisiana a civil rights complaint. In an order entered on August 23, 2010, the Western District of Louisiana transferred the action to this court.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that Mr. Remington's complaint is deficient because it is not filed on the proper form approved for use by prisoners in this court. Mr. Remington will be directed to cure this deficiency if he wishes to pursue his claims in this court in this action. Furthermore, because Mr. Remington will be directed to file an amended complaint on the proper form, the pending motion to amend will be denied as moot.

An examination of the Western District of Louisiana docket sheet for this action prior to the transfer also reveals that on April 29, 2010, Mr. Remington was granted leave to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915.

However, there is no indication that Mr. Remington has ever paid an initial partial filing fee or made any monthly payments as required pursuant to § 1915(b)(1) & (2). Therefore, Mr. Remington also will be ordered to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of § 1915. Accordingly, it is

ORDERED that Mr. Remington cure the deficiency identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Remington, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that Mr. Remington show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Remington fails within the time allowed either to cure the deficiency identified in this order or to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of 28 U.S.C. § 1915, the action will be dismissed without further notice. It is

FURTHER ORDERED that the pending motion to amend is denied as moot.

DATED September 21, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02179-BNB

James Bradley Remington
Reg No. 80124-038
US Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 9/21/10

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk