IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02179-BNB

JAMES BRADLEY REMINGTON,

    Plaintiff,

v.

B.O.P. MEDICAL STAFF, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, James Bradley Remington, is a prisoner in the custody of the United States Bureau of Prisons at a federal prison in Lewisburg, Pennsylvania. While he was incarcerated at a federal prison in Oakdale, Louisiana, Mr. Remington initiated this action by filing a Complaint, *pro se*, in the United States District Court for the Western District of Louisiana alleging that federal prison officials at various institutions have denied him adequate medical care. In an order filed on August 24, 2010, the Western District of Louisiana transferred the action to the District of Colorado. On September 21, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Remington to file an amended complaint on the proper form approved for use by prisoners in this Court. Magistrate Judge Boland also ordered Mr. Remington to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of 28 U.S.C. § 1915 because there was no indication that Mr. Remington has ever paid an initial partial filing fee or made any monthly filing fee payments since being granted leave to proceed

*in forma pauperis* on April 29, 2010. Mr. Remington was warned that the action would be dismissed without further notice if he failed within thirty days to file an amended complaint on the proper form and to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of § 1915.

Mr. Remington has failed within the time allowed to file an amended complaint on the proper form and he has failed to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of § 1915. In fact, Mr. Remington has failed to respond to Magistrate Judge Boland's September 21 order in any way. Therefore, the action will be dismissed without prejudice for failure to comply with a court order. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with a court order.

DATED at Denver, Colorado, this __28th__ day of __October__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02179-BNB

James Bradley Remington
Reg No. 80124-038
US Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/28/10

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk